Sandra E. BOOTH, Claimant–
Appellant,

v.

Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 04–7025.

United States Court of Appeals,
Federal Circuit.

Jan. 13, 2005.

*ORDER*

Upon consideration of Sandra E. Booth's unopposed motion to voluntarily dismiss her appeal,

IT IS ORDERED THAT:

(1) The stay of the briefing schedule is lifted.

(2) The motion to dismiss is granted.

(3) Each side shall bear its own costs.

Lukas E. HOSKA, III, Petitioner,

v.

DEPARTMENT OF THE
ARMY, Respondent.

No. 04–3342.

United States Court of Appeals,
Federal Circuit.

Jan. 13, 2005.

*ORDER*

Upon consideration of Lukas E. Hoska, III's unopposed motion to voluntarily dismiss his petition for review of the Merit Systems Protection Board's final decision in *Hoska v. Dept. of the Army,* PH–0752–04–0132–I–1,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.